No. 21-3537

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**ANTHONY VINES and DOMINIQUE LEWIS, Each Individually and on Behalf of All Others Similarly Situated**

     **PLAINTIFFS-APPELLANTS**

vs.

**WELPSUN PIPES, INC.; WELPSUN TUBULAR, LLC; and WELSPUN USA, INC.**

     **DEFENDANTS-APPELLEES**

*An Appeal from United States District Court for the
Eastern District of Arkansas, Case Number 4:18-cv-509-BRW*

## APPELLANTS' UNOPPOSED MOTION FOR RESCHEDULING OF ORAL ARGUMENT

APPELLANTS' COUNSEL:    JOSH SANFORD, ESQ.
                            SANFORD LAW FIRM, PLLC
                            KIRKPATRICK PLAZA
                            10800 FINANCIAL CENTRE PKWY SUITE 510
                            LITTLE ROCK, ARKANSAS 72211
                            TELEPHONE: (501) 221-0088
                            FACSIMILE: (888) 787-2040

**Page 1 of 6**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.C.A. (8th Cir.) 21-3537**
**Appellants' Unopposed Motion for Rescheduling of Oral Argument**

Appellate Case: 21-3537    Page: 1    Date Filed: 04/18/2023 Entry ID: 5266292

Appellants, by and through their counsel Josh Sanford of Sanford Law Firm, PLLC, for their Unopposed Motion for Rescheduling of Oral Argument, do hereby state as follows:

1.      In-person Oral Argument has been set for May 11 in St. Paul.

2.      Counsel for Appellant, who presented oral argument in the prior appeal in this case and has been preparing to present it in the instant appeal as well, has his son's high school graduation on May 11, and would have to miss it based on the timing of oral argument.

3.      Accordingly, Appellant respectfully requests that the Court reschedule oral argument in this case for *earlier* in the same week that it is currently set, so that counsel for Appellant can present oral argument without scheduling conflict, but without causing an additional delay in the adjudication of the appeal.

4.      The extension sought is for good cause and will not cause undue prejudice to Appellees.

5.      Appellants have conferred with Appellees, who are unopposed to this Motion to the extent that the rescheduling occurs in the same week it is currently set.

**Page 2 of 6**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.C.A. (8th Cir.) 21-3537**
**Appellants' Unopposed Motion for Rescheduling of Oral Argument**

Appellate Case: 21-3537     Page: 2     Date Filed: 04/18/2023 Entry ID: 5266292

WHEREFORE, premises considered, Appellants respectfully request this Court to grant this Motion and reschedule oral argument in the above matter sometime between May 8-10th, if possible.

**Page 3 of 6**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.C.A. (8th Cir.) 21-3537**
**Appellants' Unopposed Motion for Rescheduling of Oral Argument**

Respectfully submitted,

**ANTHONY VINES and
DOMINIQUE LEWIS, Each
Individually and on Behalf of
Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 4 of 6**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.C.A. (8th Cir.) 21-3537**
**Appellants' Unopposed Motion for Rescheduling of Oral Argument**

Appellate Case: 21-3537    Page: 4    Date Filed: 04/18/2023 Entry ID: 5266292

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Appellants, furnishes the following in compliance with Fed. R. App. P. 32(g)(1):

1.    Appellants' Unopposed Motion for Rescheduling of Oral Argument (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because the Motion contains 208 words, excluding any accompanying documents exempted by Fed. R. App. P. 32(f).

2.    The Motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because the Motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2017 in 14-point, Georgia.

3.    I further certify that, in accordance with Eighth Circuit Rule 25A(g), the Motion was generated as a PDF file by printing from the original Microsoft Word file so that the text of the digital version may be searched and copied. The digital version of the Motion has been scanned for computer viruses, and is virus-free.

*/s/ Josh Sanford*
**Josh Sanford**

**Page 5 of 6**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.C.A. (8th Cir.) 21-3537**
**Appellants' Unopposed Motion for Rescheduling of Oral Argument**

Appellate Case: 21-3537      Page: 5      Date Filed: 04/18/2023 Entry ID: 5266292

## <u>CERTIFICATE OF SERVICE</u>

I, Josh Sanford, hereby certify that, on the date imprinted by the CM/ECF system, the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

J. Bruce Cross, Esq.
bcross@cgwg.com
Alex Clark, Esq.
aclark@cgwg.com
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035

*/s/ Josh Sanford*
**Josh Sanford**

**Page 6 of 6**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.C.A. (8th Cir.) 21-3537**
**Appellants' Unopposed Motion for Rescheduling of Oral Argument**

Appellate Case: 21-3537    Page: 6    Date Filed: 04/18/2023 Entry ID: 5266292