# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3537

Anthony Vines, on behalf of himself and all others similarly situated and Dominique Lewis, on behalf of himself and all others similarly situated

Appellants

v.

Welspun Pipes Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

---

**ORDER**

On the court's own motion, this case will be submitted on the briefs and record without oral argument on May 11, 2023.

The appellants' motion to reschedule oral argument has been considered by the court and is denied as moot.

April 20, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans