# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3537

Anthony Vines, on behalf of himself and all others similarly situated and Dominique Lewis, on behalf of himself and all others similarly situated

Appellants

v.

Welspun Pipes Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

---

## MANDATE

In accordance with the opinion and judgment of June 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 20, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit